UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PATRICK KINGSTON,

                Plaintiff

vs.

CARDINAL O'HARA HIGH SCHOOL,
THE DIOCESE OF BUFFALO, N.Y. &
THE BOYS AND GIRLS CLUB OF THE
NORTHTOWNS FOUNDATION, INC.,

                Defendants.

**NOTICE OF APPEARANCE**

Docket #: 12-cv-349

Hon. William M. Skretny

**TO:** Clerk of the United States District Court for the Western District of New York

You are hereby requested to enter my appearance as counsel for the plaintiff, Patrick Kingston, in the above-entitled action.

DATED:    Buffalo, New York
              May 1, 2012

                                          /s/ Frank J. Dolce, Esq.
                                          **Frank J. Dolce, Esq.**
                                          **CANTOR, DOLCE & PANEPINTO, P.C.**
                                          Attorneys for Plaintiff
                                          1600 Main Place Tower, 350 Main Street
                                          Buffalo, New York  14202
                                          (716) 852-1888

TO:    Thomas J. Speyer, Esq.
           Tspeyer@cheluslaw.com
           Chelus Herdzik Speyer & Monte, P.C.
           Attorneys for Defendants Cardinal O'Hara High School and the Diocese of Buffalo
           Main Court Building, 438 Main Street, 10th Floor
           Buffalo, New York 14202
           (716) 852-3600

           Michael J. Appelbaum, Esq.
           Mappelbaum@damonmorey.com
           Damon and Morey, LLP
           Attorney for Defendant The Boys and Girls Club of the Northtowns Foundation, Inc.
           The Avant Building
           Suite 1200, 200 Delaware Avenue
           Buffalo, New York 14202
           (716) 856-5500