UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK KINGSTON,<br><br>                Plaintiff<br><br>vs.<br><br>CARDINAL O'HARA HIGH SCHOOL,<br>THE DIOCESE OF BUFFALO, N.Y. &<br>THE BOYS AND GIRLS CLUB OF THE<br>NORTHTOWNS FOUNDATION, INC.,<br>                Defendants. | **NOTICE OF APPEARANCE**<br><br>Docket #: 12-cv-349<br><br>Hon. William M. Skretny |

**TO:  Clerk of the United States District Court for the Western District of New York**

You are hereby requested to enter my appearance as counsel for the plaintiff, Patrick Kingston, in the above-entitled action.

DATED:    Buffalo, New York
                May 1, 2012

                                          /s/ Frank J. Dolce, Esq.
                                          **Frank J. Dolce, Esq.**
                                          **CANTOR, DOLCE & PANEPINTO, P.C.**
                                          Attorneys for Plaintiff
                                          1600 Main Place Tower, 350 Main Street
                                          Buffalo, New York  14202
                                          (716) 852-1888

TO:    Thomas J. Speyer, Esq.
          Tspeyer@cheluslaw.com
          Chelus Herdzik Speyer & Monte, P.C.
          Attorneys for Defendants Cardinal O'Hara High School and the Diocese of Buffalo
          Main Court Building, 438 Main Street, 10th Floor
          Buffalo, New York 14202
          (716) 852-3600

          Michael J. Appelbaum, Esq.
          Mappelbaum@damonmorey.com
          Damon and Morey, LLP
          Attorney for Defendant The Boys and Girls Club of the Northtowns Foundation, Inc.
          The Avant Building
          Suite 1200, 200 Delaware Avenue
          Buffalo, New York 14202
          (716) 856-5500