UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**Patrick Kingston**
                Plaintiff(s),

v.
                                                      Erie County Supreme Court
                                                     Index No**:** 2012-000970

**Cardinal O'Hara High School**;
**The Diocese of Buffalo, N.Y.; &**                 CIV No. 12 CV 349
**The Boys and Girls Club of the Northtowns**    Hon. William M. Skretny
**Foundation, Inc.**
                Defendants.
_____

## CERTIFICATE OF SERVICE

     I hereby certify that on May 1, 2012, I electronically filed the foregoing **NOTICE OF MOTION TO REMAND THE ACTION TO STATE COURT, ATTORNEY AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND THE ACTION TO STATE COURT** with annexed exhibits**,** and **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND THE ACTION OF STATE COURT** with the Clerk of the District Court using its CM/ECF system and I have also mailed a copy, by the Untied States Postal Service, to the following:

Thomas J. Speyer, Esq.
tspeyer@cheluslaw.com
Chelus Herdzik Speyer & Monte, P.C.
*Attorneys for Defendants Cardinal O'Hara High School*
*and the Diocese of Buffalo*
Main Court Building, 438 Main Street, 10th Floor
Buffalo, New York 14202
(716) 852-3600

Michael J. Appelbaum, Esq.
mappelbaum@damonmorey.com
Damon and Morey, LLP
*Attorney for Defendant The Boys and Girls Club of the Northtowns Foundation, Inc.*,
The Avant Building,
Suite 1200, 200 Delaware Avenue
Buffalo, New York 14202
(716) 856-5500