IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

PATRICK KINGSTON : Hon. _____
:
           Plaintiff, :
:
v. : Civ Action No. 12-CV-00349-WMS-LGF
:
CARDINAL O'HARA HIGH SCHOOL, :
THE DIOCESE OF BUFFALO, N.Y., :
THE BOYS AND GIRLS CLUB OF THE :
   NORTHTOWNS FOUNDATION, INC., :
:
           Defendant.

---

## CORPORATE DISCLOSURE OF DEFENDANT
## THE BOYS AND GIRLS CLUB OF THE NORTHTOWNS FOUNDATION, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.1(e), by and through their attorneys, Damon & Morey LLP, Defendant THE BOYS AND GIRLS CLUB OF THE NORTHTOWNS FOUNDATION, INC. states as follows:

THE BOYS AND GIRLS CLUB OF THE NORTHTOWNS FOUNDATION, INC. is not publicly traded, and no publicly held corporation or parent corporation controls its operations (directly or through others) or owns any of its stock.

Date:  May __1__, 2012

Respectfully submitted,

**DAMON & MOREY LLP**

By:  /s/ Michael E. Appelbaum
     Michael E. Appelbaum
200 Delaware Avenue, Suite 1200
Buffalo, New York 14202
Telephone:  (716) 856-5500
Facsimile:  (716) 856-5510
CM/ECF Filing Address:
    mappelbaum@damonmorey.com
*Attorneys for Defendant*
*The Boys and Girls Club of the Northtowns Foundation, Inc.*