UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**Patrick Kingston**
     Plaintiff(s),

v.
              Erie County Supreme Court
              Index No**:** 2012-000970

**Cardinal O'Hara High School**;
**The Diocese of Buffalo, N.Y.; &**    CIV No. 12 CV 349
**The Boys and Girls Club of the Northtowns** Hon. William M. Skretny
**Foundation, Inc.**
     Defendants.
_____

## CERTIFICATE OF SERVICE

  I hereby certify that on May 1, 2012, I electronically filed the foregoing **NOTICE OF MOTION TO REMAND THE ACTION TO STATE COURT, ATTORNEY AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND THE ACTION TO STATE COURT** with annexed exhibits**,** and **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND THE ACTION OF STATE COURT**  with the Clerk of the District Court using its CM/ECF system and I have also mailed a copy, by the Untied States Postal Service, to the following:

Thomas J. Speyer, Esq.
tspeyer@cheluslaw.com
Chelus Herdzik Speyer & Monte, P.C.
*Attorneys for Defendants Cardinal O'Hara High School*
*and the Diocese of Buffalo*
Main Court Building, 438 Main Street, 10th Floor
Buffalo, New York 14202    (716) 852-3600

Michael J. Appelbaum, Esq.
mappelbaum@damonmorey.com
Damon and Morey, LLP
*Attorney for Defendant The Boys and Girls Club of the Northtowns Foundation, Inc*.,
The Avant Building,
Suite 1200, 200 Delaware Avenue
Buffalo, New York 14202     (716) 856-5500

            /s/Sherry Hughes, Legal Assistant
            Cantor, Dolce & Panepinto, PC
            Attorneys for Plaintiff