## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

PATRICK KINGSTON,

*Plaintiff,*

vs.

CARDINAL O'HARA HIGH SCHOOL, *et. al.,*

*Defendants.*

**AFFIRMATION OF NO OPPOSITION**

**Case No. 12-CV-349S(F)**

The undersigned, Michael E. Appelbaum, Esq., an attorney at law, affirms that the following statements are true under penalties of perjury:

1.      I am an attorney at the law firm Damon Morey LLP, counsel to Defendant, The Boys and Girls Club of the Northtowns Foundation, Inc. ("Boys & Girls") in the above-referenced matter.

2.      I am fully familiar with the facts herein, and am competent to offer testimony.

3.      I make this affirmation in connection with the motion to remand filed by Plaintiff, Patrick Kingston ("Plaintiff").

4.      The Boys & Girls submit this affirmation pursuant to the Scheduling Order filed by the Court on May 2, 2012.  (Docket No. 11.)

5.      Simply put, the Boys & Girls do not oppose Plaintiff's motion to remand.

1

DATED:     May 18, 2012
           Buffalo, New York


                                    _____/s/ Michael E. Appelbaum_____
                                         Michael E. Appelbaum


Doc #1698307.1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

PATRICK KINGSTON,

                    *Plaintiff,*

vs.

                                                            **Case No. 12-CV-349S(F)**

CARDINAL O'HARA HIGH SCHOOL, *et. al.,*

                    *Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2012, I filed the Affirmation of No Opposition dated May 18, 2012 with the Clerk of the District Court using its CM/ECF system and thereby served the following CM/ECF participants:

Frank J. Dolce, Esq. (fdolce@cldplaw.com)
Thomas J. Speyer, Esq. (tspeyer@cheluslaw.com)

Dated: Buffalo, New York
       May 18, 2012

                                        **DAMON MOREY LLP**

                                        By: /s/ Michael E. Appelbaum
                                            Michael E. Appelbaum, Esq.
                                            *Attorneys for Defendant,*
                                            *The Boys & Girls Club of the Northtowns*
                                            *Foundation, Inc.*
                                            The Avant Building, Suite 1200
                                            200 Delaware Avenue
                                            Buffalo, New York 14202
                                            Telephone:  (716) 856-5500

Doc #1698308.1

1